Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **No. 2:12-cv-01654-MCE-CKD** |
| Plaintiff, | ) | **NOTICE OF CHANGE OF ATTORNEY** |
| v. | ) | **CONTACT INFORMATION** |
| JOHN DOE, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE IN ATTORNEY CONTACT INFORMATION**

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Paul Duffy is now paduffy@wefightpiracy.com. The correction is reflected at the beginning of this pleading and in the signature block below.

       Respectfully Submitted,

       ANTI-PIRACY LAW GROUP

By:    /s/ Paul Duffy_____

    Paul Duffy (Bar No. 224159)
    Anti-Piracy Law Group
    161 N. Clark St., Suite 3200
    Chicago, IL 60601
    Phone: (800) 380-0840
    E-mail: paduffy@wefightpiracy.com

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 5, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.


                                          /s/ Paul Duffy
                                          Paul Duffy